IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED

NOV 21 2016

Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| SAVE OUR CABINETS, EARTHWORKS, and CLARK FORK COALITION,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, U.S. FOREST SERVICE, and CHRISTOPHER S. SAVAGE,<br><br>Defendants,<br><br>and<br><br>MONTANORE MINERALS CORPORATION,<br><br>Defendant-Intervenor. | CV 16–53–M–DWM<br><br>(Consolidated with Case No. CV 16–56–M–DWM)<br><br>ORDER |

Defendant-Intervenor Montanore Minerals Corp. moves for the admission of Robert Tuchman to practice before this Court in this case with Mark L. Stermitz to act as local counsel. Mr. Tuchman's application appears to be in order.

Accordingly, IT IS ORDERED that Defendant-Intervenor's motion to admit Robert Tuchman *pro hac vice* (Doc. 45) is GRANTED on the condition that Mr.

1

Tuchman shall do his own work. This means that Mr. Tuchman must do his own writing; sign his own pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Tuchman, within fifteen (15) days of the date of this Order, files a notice acknowledging his admission under the terms set forth above.

Dated this 21st day of November, 2016.

Donald W. Molloy, District Judge
United States District Court