IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



Clerk, U.S District Court
District Of Montana
Missoula

MAR 2 7 2018

|  |  |
|---|---|
| SAVE OUR CABINETS, EARTHWORKS, and CLARK FORK COALITION,<br><br>        Plaintiffs,<br><br>     vs.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, U.S. FOREST SERVICE, and CHRISTOPHER S. SAVAGE,<br><br>        Defendants,<br><br>   and<br><br>MONTANORE MINERALS CORPORATION,<br><br>        Defendant-Intervenor. | CV 16–53–M–DWM<br><br>(Consolidated with Case No. CV 16–56–M–DWM)<br><br>ORDER |

On March 23, 2018, Plaintiffs filed motions seeking awards of attorney fees

and costs in the two consolidated cases. (*See* Doc.90; CV 16-56-M-DWM, Doc.

85.) Contemporaneously with those motions, the parties filed joint stipulations,

requesting the briefing deadline for Plaintiffs' motions be stayed for sixty (60)

1

days while they attempt to settle fees and costs. (*See* Doc. 92; CV 16-56-M-

DWM, Doc. 89.)

Accordingly, IT IS ORDERED that the briefing schedule for Plaintiffs'

motions for fees and costs (Doc. 90 and CV 16-56-M-DWM, Doc. 85) is

STAYED. The Federal Defendants' responses shall be filed on or before May 25,

2018. Replies may be filed pursuant to Local Rule 7.1(d)(1)(C).

Dated this 27th day of March, 2018.

Donald W. Molloy, District Judge
United States District Court