IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED

MAY 2 1 2018

Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| SAVE OUR CABINETS, EARTHWORKS, and CLARK FORK COALITION, | Lead Case No. CV 16–53–M–DWM |
| Plaintiffs, | Member Case No. CV 16–56–M–DWM |
| vs. | ORDER |
| UNITED STATES DEPARTMENT OF AGRICULTURE, U.S. FOREST SERVICE, and CHRISTOPHER S. SAVAGE, | |
| Defendants, | |
| and | |
| MONTANORE MINERALS CORPORATION, | |
| Defendant-Intervenor. | |

Plaintiffs and Federal Defendants having jointly moved for a further stay on the briefing of Plaintiffs' motion for an award of fees and costs,

IT IS ORDERED that the parties' joint motion (Doc. 96) is GRANTED. Further proceedings on Plaintiffs' motion for an award of fees and costs, including the filing of memoranda and evidentiary and other materials supporting that

1

motion, are stayed for an additional 30 days, until June 25, 2018. At that time, Plaintiffs and Federal Defendants[1] shall provide notice of settlement or explain why further briefing is necessary.

Dated this 21st day of May, 2018.

Donald W. Molloy, District Judge
United States District Court

---

[1] The attorneys for the Federal Defendants are reminded that Michael Cotter is no longer the United States Attorney for the District of Montana.