IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED

JUN 1 9 2018

Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| SAVE OUR CABINETS, EARTHWORKS, and CLARK FORK COALITION,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, U.S. FOREST SERVICE, and CHRISTOPHER S. SAVAGE,<br><br>Defendants,<br><br>and<br><br>MONTANORE MINERALS CORPORATION,<br><br>Defendant-Intervenor. | Lead Case No.<br>CV 16–53–M–DWM<br><br>Member Case No.<br>CV 16–56–M–DWM<br><br>ORDER |

Plaintiffs and Federal Defendants having settled fees and costs,

1

IT IS ORDERED that the parties' joint stipulation (Doc. 98) is ADOPTED. Plaintiffs' motions (Doc. 90 in CV 16-53-M-DWM and Doc. 85 in CV 16-56-M-DWM) are DENIED as MOOT.

Dated this 19th day of June, 2018.

Donald W. Molloy, District Judge
United States District Court